JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NICHOLS, III, | Case No. CV 19-6356 DSF(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| CHRISTIAN PFEIFFER, Warden, | |
| Respondent. | |

Pursuant to this Court's Order (1) Summarily Dismissing Petition for Writ of Habeas Corpus and Action; and (2) Denying a Certificate of Appealability, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

IT IS SO ADJUDGED.

DATED: August 26, 2019

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE